DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEATRICK DANIEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1636

[November 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 16-3768 CF10A.

Carey Haughwout, Public Defender, and Jessica A. De Vera, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and CARACUZZO, CHERYL, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***